USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-8-19

DOCKET

RECEIVED
APR 30 2019
JUDGE KAPLAN'S CHAMBERS

In The US District Courts
For the SDNY Dist. Court

April 23, 19

USA v. Mamdouh SALIM          Case # 98 Cr 1023

## Deft's Pro Se Motion Letter

Dear Judge Kaplan

I am writing to you to put you in picture and update you about the un-reconcilable, unfriendly, and dis-relationship with Mr. Fasulo whom may or may not is still considered by this court as an assigned lawyer to my fake case # 98 Cr 1023.

I would like to affirm that Mr. Fasulo can be assigned as a prosecutor for this case 98 Cr. 1023 or as a Govt. witness against me (if he can lie against me) or in any post in prosecution team. But, by no mean, Mr. Fasulo can claim ever that he can represent me as a defense lawyer. The trial will be automatically considered as unfair trial.

Thanks Goodness, all tryings from Mr. Fasulo to contact me failed. I never accepted to talk with him since more than one year. Also, I never wrote him a letter since about one year, too. The last letter he sent to me was Jan 14, 2019. But, of course, I never answer his any letter since I considered him as a prosecutor last year. Thanks Goodness, Fasolu never told me what he is doing since last year up to now. I love that he doesn't tell me, because he is NOT my lawyer. And, I have NO lawyer for this case 98 Cr. 1023 since I broke up with Fasulo last year with no any chance ever to accept any of his mis-representation other than as a prosecution team member.

Therefore, Dear Judge Kaplan plz consider any action from Fasulo on my behalf since June 20, 2018 up to forever to be UnValid and Nullified and Void until you assign me a lawyer.    Respectfully Submitted

Executed and handed to ADX staff in April 23, 19

M. SALIM 42426-054

Declaration & Proof of Service   April 23, 19

I am Mamdouh SALIM 42426-054 the Deft of this case # 98 Cr. 1023 certify that:

On April 23, 2019

I handed the attached one page Motion letter into an envelope correctly addressed to:

Hon. Judge Lewis A. Kaplan
US Dist Court of SDNY
500 Pearl Street, NY, NY 10007

to ADX prison staff whom will provide a stamp on the envelope as per ADX policy. Written under penalty of perjury.

M. SALIM 42426-054
The Deft
Pro Se

19-42426054-0425-mo-032

Name: Mamdouh SALIM

Reg. No: 42426-054

U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

Court Mail — DENVER CO 802

Case # 98-Cr-25/1023
Handed to Staff April 23, 2019

Hon. Judge Lewis Kaplan
US Dist. Court of SDNY
500 Pearl Street
New York, NY 10007

RECEIVED
APR 30 2019
JUDGE KAPLAN'S CHAMBERS

10007-131608