UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                             98-cr-1023 (LAK)

MAMDOUH MAHMUD SALIM,

        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This case was concluded insofar as this defendant is concerned with the entry on May 8, 2019 of the *nolle prosequi* of the indictment. Accordingly, from that date onward, the defendant has been unrepresented, which has not resulted in any material diminution of applications from him.

        The present application (Dkt. 2165) contains (1) a request that he be sent copies of every ruling in his case, and (2) an extension to and including January 18, 2021 to move for reconsideration of the Court's order of October 30, 2020 (Dkt. 2161).

        As for the first part of the application, the defendant first was charged in this case in 1998. Until the filing of the *nolle prosequi,* he was represented by appointed counsel. If he wants a copy of every order entered in the case while he was represented, he perhaps should contact his prior counsel and request copies. In any event, the orders are public documents. He may request copies from the Clerk and, assuming he pays any required charges, obtain copies from her.

        As for the second part, defendant allowed his proposed extended deadline of January 18, 2021 to expire without filing a motion for reconsideration. That part of the application therefore is moot. Nevertheless, the Court will extend his time to file such a motion to and including February 13, 2021.

        The Clerk shall mail a copy of this order to the defendant and so note on the docket sheet. This ruling terminates Dkt. 2165.

        SO ORDERED.

Dated:        January 29, 2021

                                                                       Lewis A. Kaplan
                                                              United States District Judge