# Cover LTR For The Clerk

Aug 19, 21

Dear Clerk

**MEMO ENDORSED**

Kindly find this motion:

> Deft's Pro Se Motion For Reconsideration Of Court Order [Doc 2161] Or, as an Alternative, To Issue Him a C.O.A

This motion dated Jan 4, 2021 was filed timely and handed to ADX staff in Jan 4, 2021 as per mail log item # CM-21-42426054-0105-mo-001.

But, this motion, for reason through no part of Deft, was not received by court. Therefore, ADX staff re-sent a copy of it again in/about Feb 19, 2021 (see attached letter).

For further surprise and, again, for reason through no part of Deft, the court didn't receive (or didn't Docket?) the motion above.

Therefore, here is again, for the 3rd time, a copy of the motion is being re-sent here.

Plz, on arrival of this motion, stamp this very Yellow Page here and date & Docket no. and send me back this Yellow Page as a proof that, at last, Court has received this motion.

My Address: Mamdouh SALIM 42426-054
USP-Max   P.O.Box 8500
Florence, CO 81226-8500

Thanks Alot

M. SALIM - Pro Se Deft

<u>Memorandum Endorsement</u>                                    <u>United States v. Salim, 98-cr-1023 (LAK)</u>

      Notwithstanding defendant's claim that this motion, dated January 4, 2021, was not received by the Court, it in fact was received by the Court. It was denied on February 19, 2021 as a comparison of the present motion (Dkt 2192) with the document that was memo endorsed on that date (Dkt 2173). Accordingly, this latest application is denied as well.

      SO ORDERED.

Dated:      August 31, 2021

                                                              Lewis A. Kaplan
                                                     United States District Judgeg