USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-23

RECEIVED
SEP 19 2023
Sept 7, 23
JUDGE KAPLAN'S CHAMBERS

MEMO ENDORSED
In the US District Court
For Dist. of SDNY Court

USA v. SALIM     Case # 98-Cr-1023 (LAK)

**Deft's ProSe Motion Requesting a Clarification OR, As An Alternative, Notice Of Appeal**

In July 26, 2023, Deft Salim wrote and sent a 2nd Coram Nobis Motion to this Court. Hereby, Deft is certifying under the penalty of purjury that he never received any response neither from Govt. (AUSA-SDNY) office nor from this court. This fact can be also verified, if Court so orders, by the SIS technician of ADX Prison (MR. Keller).

In this mini motion here, Deft SALIM is respectfully requesting from this Court a clarification to: what is (or was) the outcome of his 2nd Coram Nobis Motion? And, if no any ruling was issued for it yet, then how much time Deft has to wait before filing any motion else?.

However, if the Deft's motion of coram nobis was denied, then, obviously the Clerk of Court forgot to send a copy of the Court Order to Deft. And, in such a case, Deft hereby is filing a Notice Of Appeal for his 2nd Coram Nobis. Respectfully Subm.

Sept 7, 2023  SALIM / The Deft

1

Certificate Of Service        Sept 7, 2023

I am: Mamdouh SALIM 42426-054 the Prose Deft of this case # 98-cr-1023 (LAK) certifying that (under the penalty of perjury) On Sept 7, 2023

I sent a copy of this mini Motion to

AUSA - SDNY Office
One Saint Andrew's Plaza
New York, NY 10007

Respectfully Sub.

*[signature]*

SALIM - the Prose Deft
Sept 7, 2023

2

Memorandum Endorsement          United States v Mamdouh Mahmud Salim, 98-cr-1023 (LAK)

       Defendant's first *coram nobis* petition was docketed on January 31, 2023 and denied on February 21, 2023. His second *coram nobis* petition was docketed on August 11, 2023, denied on August 14, 2023, and the order denying the petition mailed to him on September 19, 2023.

       He now seeks clarification of whether the second petition was decided and, if so, of the decision. This latest request also was docketed on September 19, 2023. He no doubt received the order denying petition after this request was filed.

       As the clarification defendant seeks already has been mailed to him, that leaves only the alternative request that this request be treated as a notice of appeal.

       I n the circumstances, the Clerk shall docket this latest filing (to which this endorsement is attached) as a notice of appeal.

       The Court hereby certifies that the appeal from the denial of defendant's second *coram nobis* petition has not been taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

       SO ORDERED.

Dated:          September 20, 2023

                                                            Lewis A. Kaplan
                                                           United States District Judge